# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of October, two thousand and thirteen.

Before:     Ralph K. Winter,
                  *Circuit Judge.*

_____

Effie Film, LLC,

  Plaintiff-Appellee,

          v.                             **ORDER**
                                           Docket No. 13-1592

Gregory Murphy,

  Defendant-Appellant.

_____

The Appellee moves for a 45-day extension until December 23, 2013 to file its opposition brief.

IT IS HEREBY ORDERED that the motion is GRANTED. The clerk is instructed to treat this case as ready for calendaring as of December 23, 2013 whether or not appellee's brief has been filed. *See* <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

